IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11316
_____

ROBERT M. BARNARD,

                                        Petitioner-Appellant,

versus

KANSAS DEPARTMENT OF CORRECTIONS, Director;
GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
CARLA STOVALL, Attorney General of Kansas,

                                        Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:97-CV-38-C
- - - - - - - - - -
July 23, 1998
Before JOLLY, WIENER and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Robert M. Barnard (#568435), a Texas state prisoner, has

applied for a certificate of appealability ("COA") for an appeal

from the district court's denial of his application, under 28

U.S.C. § 2241, for a writ of habeas corpus.  Barnard's habeas

application challenges the legality of a detainer lodged against

him by the State of Kansas, Department of Corrections, in

connection with a parole-violator's warrant.  Because Barnard is

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

not detained pursuant to a "process issued by a State court," a COA is not required.  28 U.S.C. § 2253.

No further briefing is necessary to decide the appeal.  See Dickinson v. Wainwright, 626 F.2d 1184, 1186 (5th Cir. 1980).  Barnard contends that his right to due process has been violated by the failure of Kansas authorities to grant him an immediate parole-revocation hearing, in accordance with Morrissey v. Brewer, 408 U.S. 471 (1972).  Essentially for reasons adopted by the district court, we hold that Barnard has failed to present a nonfrivolous issue on appeal.  See Barnard v. Johnson, No. 1:97-CV-038-C (N.D. Tex. Nov. 14, 1997) (unpublished); see also Moody v. Daggett, 429 U.S. 78, 86-87 (1976); Cook v. United States Atty. Gen., 488 F.2d 667, 673 (5th Cir. 1974).  Because Barnard's appeal is frivolous, it is DISMISSED.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.

COA DENIED AS UNNECESSARY; APPEAL DISMISSED.